UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OAKES FARMS, INC., OAKES
FARM OP, LLC, AND SOUTH
FLORIDA PRODUCE LLC,

    *Plaintiff*s,

v.                                                          No. 2:25-cv-1126-SPC-NPM

STEVEN A. VENEZIANO, JR.,
INDIVIDUALLY, VENEZIANO
FARMS, LLC, AND VENEZIANO
PROPERTY MANAGEMENT, LLC,

    *Defendant*s.

---

## **NOTICE OF A RELATED ACTION**[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

newly filed similar or successive cases by filing an Amended Notice.

    I certify that the above-captioned case:

☒    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
*Seedway, LLC v. Oakes Farms, Inc. et al.*, U.S. District Court for the Middle District of Florida (Ft. Myers), Case No.: 2:24-cv-00971-JES-K_D
*Nutrien Ag Solutions, Inc. v. Oakes Farms, Inc. et al.*, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsbourough County, Florida, Case No.: 26-CA-000464
*Howard Fertilizer and Chemical Company Inc. v. Oakes Farms, Inc. et al.*, Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No.: 2025-CA-003781-O

☐    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

Dated: March 5, 2026                Respectfully submitted,

**SHAW LEWENZ**
110 SE 6th Street, Suite 2900
Fort Lauderdale, FL 33301
Tele: (954) 361-3633
Fax: (954) 989-7781

*/s/ Zachary D. Ludens*
Jordan A. Shaw, Esq. (FBN 111771)
jshaw@shawlewenz.com
Zachary D. Ludens, Esq. (FBN 111620)
zludens@shawlewenz.com
Lauren N. Palen, Esq. (FBN 1038877)
lpalen@shawlewenz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2026, a true and correct copy of the foregoing was filed on CM/ECF on all counsel of record.

*/s/ Zachary D. Ludens*